

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00197-CR

Gilbert **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8797
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court granted two extensions of time to file appellant's brief, extending the time to file it until September 26, 2022, appellant's counsel filed a third motion requesting two additional days to file appellant's brief until September 28, 2022. Subsequently, appellant's brief was filed September 28, 2022.

Appellant's brief was filed prior to our ruling on his extension request. We, therefore, interpret appellant's third motion for an extension of time to file his brief as a motion to accept his late brief, and GRANT said motion as such.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court